THEODORE HEOS, Appellant, et al., Plaintiffs, v. IRVING LADNER, Doing Business as HIGHWAY AUTO RENTING COMPANY, et al., Respondents, et al., Defendants.— Motion referred to the court that rendered the decision in *Matter of Heos* v. *McCloskey,* decided December 11, 1950 (277 App. Div. 1129). Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ. Motion to substitute an administratrix in place of decedent Peter Heos granted. Motion to reverse orders of September 18, 1951, and November 1, 1951, denied, without costs. Present — Johnston, Acting P. J., Adel, Wenzel and MacCrate, JJ.

■

SAMUEL HOROWITZ et al., Copartners Doing Business as HOROWITZ & RUBIN, Respondents, v. ALLEY POND APARTMENTS # 1, INC., et al., Appellants, et al., Defendants. (Consolidated Appeals.) — Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ. [See *ante,* p. 866.]

■

LILLIAN M. HOWARD, Appellant, v. CITY OF NEW YORK, Respondent.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ. [See *ante,* p. 809.]

■

In the Matter of the Accounting of CENTRAL HANOVER BANK AND TRUST COMPANY et al., as Successor Trustees under the Will of MARY A. CHISOLM, Deceased, Respondents. LOUIS G. HAMMERSLEY et al., Appellants; B. OTTO JACOBSEN, as Ancillary Executor of HELEN L. HERBERT, Deceased, et al., Respondents.— Motions for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ. [See *ante,* p. 872.]

■

In the Matter of THEODORE HEOS et al., Appellants, against JOHN J. MCCLOSKEY, as Sheriff of the City of New York, Respondent.— Motion referred to the court that rendered the decision in *Matter of Heos* v. *McCloskey,* decided December 11, 1950 (277 App. Div. 1129). Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ. Motion to substitute an administratrix in place of decedent Peter Heos granted. Motion to reverse order of February 8, 1950, granted. (See *Matter of Heos* v. *McCloskey, 277* App. Div. 1129; 278 App. Div. 768.) Motion to direct the Sheriff of the City of New York to execute the body execution granted to the extent of directing said Sheriff to execute said body execution in the sum of $3,000, plus interest and legal fees, in favor of Lesvia Williams, as administratrix of Peter Heos, deceased. Present — Johnston, Acting P. J., Adel, Wenzel and MacCrate, JJ.

■

In the Matter of the INCORPORATED VILLAGE OF HEMPSTEAD, NASSAU COUNTY, Respondent, Relative to Acquiring Title to Real Property Situated in Said Village for Use as Parking Places. EUGENE FICHTER, Appellant; HOFSTRA COLLEGE, Respondent.— Motions for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ. [See *ante,* p. 801.]